UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY T. MOSKOWITZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 01-CR-03142 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | **FOR EXTRAORDINARY** |
| | ) | **EXPENSES.** |
| JOHN ZAMORA, | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing:

IT IS HEREBY ORDERED that additional extraordinary expenses of $135 is authorized for the services of research attorney Crystal Walser nunc pro tunc to the date of June 12, 2007

IT IS SO ORDERED:

DATED: July 9, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge